# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

MARB ("MARK") NASSER

    Debtor.
_____/

Case No. 25-44069
Chapter 13
Judge Paul R. Hage

CHONG XU,
ROSEDALE REALTY, LLC and
GRANDMONT REALTY, LLC

    Plaintiffs

v.

MARB ("MARK") NASSER

    Defendant.
_____/

Adv. Proc. No. 25-04091

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS ADVERSARY COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO F.R.C.P. 12(b)(6) OR IN THE ALTERNATIVE FOR A MORE DEFINITIVE STATEMENT PURSUANT TO F.R.C.P. 12(e)**

This matter is before the Court upon *Defendant's Motion to Dismiss Adversary Complaint For Failure to State a Claim Pursuant to F.R.C.P. 12(b)(6) Or In The Alternative For A More Definitive Statement Pursuant To F.R.C.P. 12(e)* [Doc. No. 8] (the "Motion") filed by debtor Marb Nasser (the "Defendant") seeking dismissal of the *Complaint* [Doc No. 1] (the "Complaint") filed by Chong Xu, Rosedale Realty, LLC and Grandmont Realty, LLC (collectively, the "Plaintiffs"). Today the

Court has issued a written opinion regarding the Motion. For the reasons detailed in the Court's opinion, the Court enters this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is denied as to Count I of the Complaint.

2. The Motion is granted as to Count II of the Complaint and Count II is dismissed.

3. Count III of Plaintiffs' Complaint was withdrawn and, therefore, is dismissed. Such dismissal is without prejudice in the event that Defendant's bankruptcy case is converted to a case under chapter 7 of the Bankruptcy Code.

4. The Motion is denied as to Defendant's request for a more definitive statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

**Signed on August 15, 2025**

/s/ Paul R. Hage
**Paul R. Hage**
**United States Bankruptcy Judge**